## TYLER TERM, 1890.

TEXAS & PACIFIC R'Y CO. v. L. D. MAYS.

(No. 3452.)

APPEAL from Tarrant County.   Opinion by WILL-
SON, J.

FINCH & THOMPSON, counsel for appellant.

PARKER & GILLESPIE, counsel for appellee.

§ **159.** *Common carriers; duty of to keep depots warm
and comfortable; damages recoverable for failure so to
keep depot to injury of passenger.*   Appellee purchased
at Arlington, at appellant's depot, a ticket to Fort Worth.
He purchased said ticket about 6 o'clock P. M.   The pas-
senger train going to Fort Worth was due at 6:05 P. M.,
but did not arrive at Arlington until about 9:30 P. M.
It was cold weather.   Appellee was a cripple.   There
was no fire in the waiting-room at the depot.   Appellee
requested the porter and the agent of appellant at the
depot to have the waiting-room warmed by fire.   His re-
quest was not complied with.   He was exposed to the
cold while waiting at the depot, which exposure caused
him to contract a severe cold and a·fever.   He brought
this suit to recover damages, and recovered judgment for
$250.   It is the duty of a railroad company to keep its
passenger depots lighted and warm, and open to the in-
gress and egress of all passengers a reasonable time be-
fore the arrival and after the departure of passenger
trains.   [Acts 1889, ch. 23, p. 19.]   The statute cited is
not violative of section 35, article 3, of the constitution.
[Tadlock v. Eccles, 20 Tex. 782; 4 Sayles' Civil St., p. 516;
notes to sec. 35, art. 3, Const.]   Said statute, as to the

provision above cited, is applicable to all passenger depots, and is not to be restricted in its application to such depots at the junction of railroads.    Independent of the statute, it is the duty of railway companies to provide reasonable accommodations at their passenger depots for persons desiring to take passage on their trains, and to keep said depots in a safe condition.    [Hamilton v. Railway Co., 64 Tex. 251; Railway Co. v. Best, 66 Tex. 116; Stewart v. Railway Co., 53 Tex. 289; 2 Wood, R'y Law, p. 1165, § 310.]    We are of the opinion that appellee in his petition alleged facts which entitled him to recover damages of appellant, and the damages claimed in the petition are such as the law recognizes as legal, and are alleged with sufficient certainty.    We think the evidence supports the verdict and judgment, and that the amount of damages awarded is not excessive.

October 25, 1890.    Affirmed.